670 A.2d 1055

IN THE MATTER OF LOUIS A. EGNASKO,
AN ATTORNEY AT LAW.

February 15, 1996.

### ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g)(4) recommending that **LOUIS A. EGNASKO** of **UNION** and **BROOKLYN, NEW YORK,** who was admitted to the bar of this State in 1987, be temporarily suspended from practice and respondent having failed to appear on the return date of the Order to Show Cause, and good cause appearing;

It is ORDERED that **LOUIS A. EGNASKO** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that **LOUIS A. EGNASKO** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.